SECRET



**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

2025 SEP 10 P 3: 56

UNITED STATES OF AMERICA

v.

KEITH PAGE

No. 1: 25-cr- 00132- SDN

## PRAECIPE FOR WARRANT

The United States requests that the Clerk of the Court issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled case.

Date: September 10, 2025

/s/ Andrew McCormack
Assistant U.S. Attorney