**UNITED STATES DISTRICT COURT
DISTRICT OF MAINE**

UNITED STATES OF AMERICA

v.

KEITH PAGE

No.: 1:25-cr-00132-SDN

**PROSECUTION VERSION**

Between about June 1, 2022, and May 4, 2024, in the District of Maine and elsewhere, the defendant **KEITH PAGE** knowingly employed, used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct for the purpose of producing live visual depictions of that conduct. The visual depictions were of Female Minor Child A.  The defendant knew that such visual depictions would be transmitted using a means or facility of interstate commerce.

Between about June 1, 2022, and May 4, 2024, in the District of Maine and elsewhere, the defendant used a facility and means of interstate commerce to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, specifically Female Minor Child A, to engage in sexual activity for which any person can be charged with a criminal offense, namely, the production of child pornography as defined in Title 18, United States Code, Section 2256(8).

Between about June 1, 2022, and May 4, 2024, in the District of Maine, the defendant knowingly received material that contained visual depictions of child pornography using a means or facility of interstate commerce.

Specifically, in May 2024, law enforcement received information that an

individual was remitting money via Venmo and PayPal to several individuals identified as being under the age of 18, likely in exchange for child pornography.  Upon reviewing the PayPal and Venmo records and based on subsequent law enforcement inquiries, the user was identified as the defendant living in Clinton, Maine.

One of the accounts that the defendant remitted money to was identified as being a female minor (hereinafter referred to as "Female Minor Child A") residing in New Orleans, Louisiana.  The defendant sent Female Minor Child A $745 via Venmo from September 27, 20023 through January 19, 2024 and then $235 via PayPal from January 1, 2024 through February 11, 2024.

In May 2024, law enforcement made contact with Female Minor Child A. She advised that she was 17 years old.  Female Minor Child A relayed the following information to investigators:

- The defendant contacted Female Minor Child A in a teen chatroom approximately two years ago when she was 15 years old.

- The defendant initially told Female Minor Child A that his name was "Gary," but eventually told her his real name was "Keith Page."

- The defendant and Female Minor Child A's conversation moved to Snapchat[1], which is where the majority of their communications took place.

- The defendant coerced Female Minor Child A to send sexually explicit

---

[1] Snapchat is an American multimedia instant messaging app.  One of the principal features of the multimedia Snapchat is that pictures and messages are usually available for only a short time before they become inaccessible to their recipients.

images and videos of herself in exchange for money. All of the images and videos were exchanged via Snapchat.

- The defendant sent Female Minor Child A money via CashApp, PayPal, Venmo, and Google Pay. The defendant used different payment apps because he claimed he kept getting banned. Female Minor Child A estimated that the defendant sent her over $2,000 over the course of two years.

- The defendant would send Female Minor Child A videos of himself naked and masturbating, and then beating his penis with a belt.

- The defendant asked Female Minor Child A to introduce him to her friends so they could do the same thing as her.

- When Female Minor Child A told the defendant that she didn't want to participate anymore, he told her to remember that he "has her pictures." When Female Minor Child A didn't do what the defendant wanted, he would get demanding and mad.

- Female Minor Child A provided law enforcement with her Snapchat username, "zlowyy1," and the defendant's Snapchat username, "garyp135."

On June 20, 2024, a federal search warrant was issued for Snapchat accounts "garyp135" and "zlowyy1." The search warrant return revealed the following:

- Between June 1, 2022, and May 4, 2024, Snapchat user "garyp135" received over 65 images and videos of child pornography from Snapchat user "zlowyy1." Two images show close-up images of Female Minor Child A's

vagina.  Another image shows a close-up image of Female Minor Child A's vagina with a sexual device being inserted into her vagina.

- During that same time frame, Snapchat user "garyp135" sent over 20 videos and images of his face and his penis to Snapchat user "zlowyy1."  In these images, Snapchat user "garyp135" is clearly identified as the defendant.  Many of the videos depicted the defendant masturbating and striking himself in the erect penis with a belt.

Based on this information, on December 18, 2024, a federal search warrant was obtained for the defendant's residence in Clinton, Maine.  The search warrant was executed on the same day.  The defendant was home when the search warrant was executed.  He agreed to be interviewed and provided the following information:

- The defendant was told he was not under arrest and free to leave.  Nonetheless, the defendant was read *Miranda* warnings and signed the waiver form.

- When informed by investigators why the search warrant was being executed, the defendant said it was all true.

- The defendant said that the investigators would find nothing on his Samsung phone.  The defendant agreed to provide the password for his phone.

- The defendant stated that the last time he used Snapchat was six months ago.  The defendant said that Snapchat shut down his account.

- The defendant admitted that he knew Female Minor Child A was underage.  The defendant said he tried to keep other people he talked to online over the

age of 18 but stated that he had been talking to Female Minor Child A for a couple of years. The defendant said that he thought Female Minor Child A was 17 years old now.

The defendant's Samsung phone was seized during the execution of the search warrant. A forensic analysis of the defendant's phone was conducted by the Maine State Police Computer Crimes Unit. As expected, there was no child pornography on the phone. However, there were sexual chats on the phone similar to the chats with Female Minor Child A where the defendant was offering girls money for sexual acts.

If this matter had proceeded to trial, the government would have presented the following evidence: (1) Results from Snapchat search warrants – particularly involving child pornography; (2) Results from subpoenas to PayPal, CashApp, and Venmo showing the defendant sending money to Female Minor Child A; (3) Recorded interview with the defendant; (4) Testimony of Female Minor Child A; and (5) Testimony of forensics examiner who examined the defendant's phone.

**ANDREW B. BENSON**
United States Attorney


Date:  May 5, 2026                    **BY:  /s/ ANDREW MCCORMACK**
                                      ANDREW MCCORMACK
                                      Assistant United States Attorney